UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.O.L.T., an unincorporated association of motorcycle riders and enthusiasts; MARK TEMPLE, an individual; LAWRENCE "WOLF" HAVEN, an individual; WARREN PEARL; an individual; LYLE DUVAUCHELLE, an individual; GLENN OSBORN, an individual; JEFFREY RABE, an individual; WILLIAM LANGHORNE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL GOOLD, in his official capacity as Chief of Police of the CITY OF RANCHO CORDOVA; SCOTT R. JONES, in his official capacity as the SHERIFF of COUNTY OF SACRAMENTO,<br><br>Defendants. | No.  2:14-cv-01588-GEB-DAD<br><br>**RELATED CASE ORDER** |
| BRETT PETERSON, D.D.S.; B.O.L.T., an unincorporated association of motorcycle riders and enthusiasts; JOHN DALKE, an individual; MARK TEMPLE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH A. FARROW, Commissioner California Highway Patrol; MICHAEL GOOLD, in his official | No.  2:15-cv-00801-JAM-KJN |

1

| | |
|---|---|
| 1 | capacity as Chief of Police of the City of Rancho Cordova; SCOTT R. JONES, in his official capacity as the Sheriff of County of Sacramento; ROBERT DIMICELI a.k.a. ROBERT DI MICELI, Officer of the California Highway Patrol; STEPHEN CARROZZO, Rancho Cordova police officer and Deputy Sheriff; KAMALA HARRIS, in her official capacity as California Attorney General, |
| | Defendants. |

Plaintiffs filed a "Notice of Related Cases" in which they state: "[the above-entitled] actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort, either because the same result should follow in both actions or otherwise." (Pls.' Notice Related Cases 1:22-25, ECF No. 35.)

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123. Under the regular practice of this Court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned. Therefore, action 2:15-cv-00801 is reassigned to Judge Garland E. Burrell, Jr. and Magistrate Judge Dale A. Drozd for all further proceedings, and any date currently set in the reassigned case is VACATED. Henceforth the caption on documents filed in the reassigned case shall show the initials "GEB-DAD."

Further, a Status Conference is scheduled in action 2:15-cv-00801 before the undersigned judge on October 26, 2015, at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior.[1]

The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Dated:  July 28, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

3