1

IN THE UNITED STATES DISTRICT COURT

2

FOR THE EASTERN DISTRICT OF CALIFORNIA

3

SACRAMENTO DIVISION

4

5

6

7

8

9

10

11

12

13

14

| | |
|---|---|
| **BRETT PETERSON, D.D.S.; B.O.L.T., an unincorporated association of motorcycle riders and enthusiasts; JOHN DALKE, an individual; MARK TEMPLE, an individual,**<br><br>Plaintiffs,<br><br>v.<br><br>**JOSEPH A. FARROW, Commissioner California Highway Patrol; MICHAEL GOOLD, in his official capacity as Chief of Police of the City of Rancho Cordova; SCOTT R. JONES, in his official capacity as the Sheriff of County of Sacramento; ROBERT DIMICELI a.k.a. ROBERT DIMICELI, Officer of the California Highway Patrol; STEPHEN CARROZZO, Rancho Cordova police officer and Deputy Sheriff; KAMALA HARRIS, in her official capacity as California Attorney General,**<br><br>Defendants. | 2:15-CV-00801-JAM-KJN<br><br>**ORDER GRANTING STATE DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>Judge: Honorable ~~Kendall J.~~ John A. Mendez ~~Newman~~<br><br>Action Filed:  July 1, 2015 |

15

16

17      The Court, having considered Defendants' first request for an extension of time to file a

18 response to the First Amended Complaint, and good cause appearing:

19      **IT IS HEREBY ORDERED**: Defendants Dimiceli, Farrow, and Harris are granted an

20 extension of time, up to and including ~~September 12, 2015~~ *than August 24, 2015*, to file and serve a response to

21 Plaintiffs' First Amended Complaint.

22

23 Dated: _July 28, 2015_      _____

24                                        The Honorable John A. Mendez

25

26

27

28

4

1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  PETER A. MESHOT, State Bar No. 117061
   Supervising Deputy Attorney General
3  VICKIE P. WHITNEY, State Bar No. 145316
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 445-8194
6    Fax: (916) 322-8288
     E-mail: Vickie.Whitney@doj.ca.gov
7  *Attorneys for Defendant Dimiceli*

8  MARK R. BECKINGTON, State Bar No. 126009
   Supervising Deputy Attorney General
9  EMMANUELLE SOICHET, State Bar No. 290754
   Deputy Attorney General
10   455 Golden Gate Ave Ste 11000
     San Francisco, CA 94102
11   Telephone: (415) 703-5974
     Fax: (415) 703-1234
12   E-mail: Emmanuelle.Soichet@doj.ca.gov
   *Attorneys for Defendants Harris and Farrow*

13

14               IN THE UNITED STATES DISTRICT COURT

15            FOR THE EASTERN DISTRICT OF CALIFORNIA

16                     SACRAMENTO DIVISION

17

18 | **BRETT PETERSON, D.D.S.; B.O.L.T., an** | 2:15-CV-00801-JAM-KJN |
19 | **unincorporated association of motorcycle riders and** | |
   | **enthusiasts; JOHN DALKE, an individual; MARK** | **STATE DEFENDANTS'** |
20 | **TEMPLE, an individual,** | **FIRST REQUEST FOR** |
   | | **EXTENSION OF TIME TO** |
21 |                                    Plaintiffs, | **FILE RESPONSIVE** |
   | | **PLEADING; ORDER** |
22 |                v. | |
   | **JOSEPH A. FARROW, Commissioner California** | |
23 | **Highway Patrol; MICHAEL GOOLD, in his official** | Judge: Honorable John A. |
   | **capacity as Chief of Police of the City of Rancho Cordova;** | Mendez |
24 | **SCOTT R. JONES, in his official capacity as the Sheriff of** | |
   | **County of Sacramento; ROBERT DIMICELI a.k.a.** | Action Filed: July 1, 2015 |
25 | **ROBERT DIMICELI, Officer of the California Highway** | |
   | **Patrol; STEPHEN CARROZZO, Rancho Cordova police** | |
26 | **officer and Deputy Sheriff; KAMALA HARRIS, in her** | |
   | **official capacity as California Attorney General,** | |
27 |                                    Defendants. | |

28

                              1

1    Defendants R. Dimiceli, J. Farrow, and Attorney General Harris (collectively State

2    Defendants) request a forty-five-day extension of time to respond to Plaintiffs' First Amended

3    Complaint (ECF No. 5).  Defendant Dimiceli's responsive pleading is currently due on or before

4    July 30, 2015, and Defendants Farrow and Harris' responsive pleading is currently due on or

5    before July 29, 2015.  Defendants seek to have one date for their responsive pleading and request

6    a 45-day extension from the earlier date of July 29, 2015 in which to file it.  Thus, if this request

7    is granted, the State Defendants' responsive pleading will be due on or before September 12,

8    2015.  The reasons for this request are set forth in the accompanying Declaration of Vickie P.

9    Whitney.

10                                  **DECLARATION**

11    I, Vickie P. Whitney, declare:

12    1.    I am an attorney admitted to practice in California and before this Court.  I am a

13   Deputy Attorney General with the Office of the Attorney General, and I represent Defendant

14   Dimiceli in this action.  Deputy Attorney General Emmanuelle S. Soichet represents Defendants

15   Farrow and Harris.  I am informed and believe that Ms. Soichet is also admitted to practice in

16   California and before this Court.

17    2.    The Office of the Attorney General received requests for representation by the State

18   Defendants on or about July 14, 2015.

19    3.    I was assigned to this matter on July 17, 2015, to represent Defendant Dimiceli.  Ms.

20   Soichet was assigned to this matter on July 20, 2015, to represent Defendants Farrow and Harris.

21    4.    Defendant Dimiceli's response to the First Amended Complaint is currently due on

22   July 30, 2015.  Defendants Farrow and Harris' response to the First Amended Complaint is

23   currently due on July 29, 2015.

24    5.    The First Amended Complaint contains 299 paragraphs of allegations.  In order to

25   fully analyze and obtain necessary documents and coordinate a response to the First Amended

26   Complaint, the State Defendants request an extension of time in which to file their response that

27   is 45 days from the earlier of the current due dates (July 29, 2015), making their response due on

28   or before September 12, 2015.

1       6.     Defendants' counsel sought an extension via stipulation with Plaintiffs' counsel, Mr.

2   Gorski, pursuant to Eastern District Local Rule 144 (a).  Mr. Gorski kindly agreed to an

3   extension, but sought a concession from Defendants that they would not raise any challenge to

4   jurisdiction as part of the Stipulation.  The State Defendants were not willing to include this

5   concession in the Stipulation at this early juncture, before they have had an opportunity to fully

6   review and analyze the case.  Further, Mr. Gorski was concerned that the Court would not know

7   of the service being accomplished within the 120 days of his filing the action.  Thus, the

8   Defendants could not reasonably obtain a stipulation and are therefore requesting an extension of

9   time from the Court, under Eastern District Local Rule 144(c).

10      7.     This is the State Defendants' first request for an extension of time to respond to the

11  First Amended Complaint, and is not sought for any improper purpose, but solely to permit

12  counsel to receive and review the documentation necessary for the preparation of Defendants'

13  singular response.

14          I declare under penalty of perjury that the foregoing is true.

15

16  Dated:  July 23, 2015                          /S/_____
                                                   VICKIE P. WHITNEY

17                                                 Deputy Attorney General

18  SA2015104394
    32154820.doc

19

20

21

22

23

24

25

26

27

28
                                              3