| | |
|---|---|
| **PORTER | SCOTT**<br>A PROFESSIONAL CORPORATION<br>Terence J. Cassidy, SBN 99180<br>John R. Whitefleet, SBN 213301<br>Lauren E. Calnero, SBN 284655<br>350 University Avenue, Suite 200<br>Sacramento, California 95825<br>(916) 929-1481 (telephone)<br><br>Attorneys for Defendants MICHAEL GOOLD, SCOTT R. JONES, and STEPHEN CARROZZO | Emmanuelle S. Soichet, SBN 290754<br>Deputy Attorney General<br>455 Golden Gate Ave., Ste. 11000<br>San Francisco, CA 94102<br>(415) 703-5974 (telephone)<br>Attorney for Defendants JOSEPH FARROW and KAMALA HARRIS<br><br>Vickie Pochelle Whitney, SBN 145316<br>Attorney General's Office<br>1300 I Street, Suite 125<br>P.O. Box 944255<br>Sacramento, CA 95814<br>(916) 445-8194 (telephone)<br><br>Attorney for Defendant ROBERT DIMICELI |
| Gary W. Gorski, SBN 166526<br>LAW OFFICES OF GARY W. GORSKI<br>1207 Front Street, Suite 15<br>Sacramento, CA 95814<br>(916) 965-6800 (telephone)<br><br>Attorney for PLAINTIFFS | Daniel M. Karalash, SBN 176422<br>STRATEGIC LAW COMMAND<br>1207 Front Street, Suite 15<br>Sacramento, CA 95814<br>(916) 787-1234 (telephone)<br><br>Attorney for PLAINTIFFS |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRETT PETERSON, D.D.S.; B.O.L.T., an unincorporated association of motorcycle riders and enthusiasts; JOHN DALKE, an individual; MARK TEMPLE, an individual<br><br>             Plaintiffs,<br>vs.<br><br>JOSEPH A. FARROW, Commissioner California Highway Patrol; MICHAEL GOOLD, in his official capacity as Chief of Police of the City of Rancho Cordova; SCOTT R. JONES, in his official capacity as the Sheriff of County of Sacramento; ROBERT DIMICELI a.k.a. ROBERT DI MICELI, Officer of the California Highway Patrol; STEPHEN CARROZZO, Rancho Cordova police officer and Deputy Sheriff; KAMALA HARRIS, in her official capacity as California Attorney General<br><br>             Defendants. | Case No. 2:15-cv-00801- GEB-DAD<br><br>**JOINT REQUEST AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>First Amended Complaint filed: 07/01/15 |

Plaintiffs BRETT PETERSON, B.O.L.T., JOHN DALKE and MARK TEMPLE, and Defendants MICHAEL GOOLD, SCOTT R. JONES, STEPHEN CARROZZO, JOSEPH, FARROW, KAMALA HARRIS and ROBERT DIMICELI (the "Parties"), through their respective undersigned counsel of record, hereby stipulate to continue the Status Conference currently set for October 26, 2015 to November 2, 2015 at 9:00 a.m.

The parties respectfully submit good cause exists to continue the Status Conference one week on several different grounds. Both the State Defendants and County Defendants have motions to dismiss set for hearing on November 2, 2015, the proposed new date for the Initial Scheduling Conference. In that regard, a short, one week continuance of the Status Conference will be more efficient for the Court. In addition, counsel for the County Defendants currently have a time conflict for October 26, 2015, as Mr. Cassidy is scheduled to be out of town on another matter, and Mr. Whitefleet and Ms. Calnero are set to be in trial in the Eastern District of California in front of the Hon. John A. Mendez on October 26, 2015. Based thereon, the Parties stipulate to a short, one week continuance of the Status Conference, with a Joint Status Report to be filed by October 26, 2015.

Respectfully submitted,

Dated: September 18, 2015

PORTER SCOTT
A PROFESSIONAL CORPORATION

By  /s/ Terence J. Cassidy
    Terence J. Cassidy
    John R. Whitefleet
    Lauren E. Calnero
    Attorneys for Defendants
    MICHAEL GOOLD, SCOTT R. JONES, and
    STEPHEN CARROZZO

Dated: September 18, 2015

LAW OFFICE OF GARY W. GORSKI
STRATEGIC LAW COMMAND

By  /s/ Gary W. Gorski (*authorized on 9/16/15*)
    Gary W. Gorski
    Daniel Karalash
    Attorneys for Plaintiffs

{01458783.DOC}  2

**JOINT REQUEST AND ORDER TO CONTINUE STATUS CONFERENCE**

Dated:  September 18, 2015              CALIFORNIA ATTORNEY GENERAL'S OFFICE

                                                By   /s/ Emmanuelle S. Soichet (*authorized on 9/16/15*)
                                                     Emmanuelle S. Soichet
                                                     Attorneys for Defendants
                                                     JOSEPH FARROW and KAMALA HARRIS

Dated:  September 18, 2015              OFFICE ATTORNEY GENERAL

                                                By   /s/ Vickie P. Whitney (*authorized on 9/16/15*)
                                                     Vickie P. Whitney
                                                     Attorneys for Defendant
                                                     ROBERT DIMICELI

## **ORDER**

      The Status Conference is hereby continued to November 9, 2015 at 9:30 a.m.  A Joint Status must be filed on behalf of the Parties fourteen days prior to the hearing.

      **IT IS SO ORDERED.**

Dated:   September 18, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge