IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRETT PETERSON, D.D.S.; B.O.L.T., an unincorporated association of motorcycle riders and enthusiasts; JOHN DALKE, an individual; MARK TEMPLE, an individual,**<br><br>Plaintiffs,<br><br>v.<br><br>**JOSEPH A. FARROW, Commissioner California Highway Patrol; MICHAEL GOOLD, in his official capacity as Chief of Police of the City of Rancho Cordova; SCOTT R. JONES, in his official capacity as the Sheriff of County of Sacramento; ROBERT DIMICELI a.k.a. ROBERT DIMICELI, Officer of the California Highway Patrol; STEPHEN CARROZZO, Rancho Cordova police officer and Deputy Sheriff; KAMALA HARRIS, in her official capacity as California Attorney General,**<br><br>Defendants. | Case No. 2:15-CV-00801-JAM-KJN<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR STATE DEFENDANTS TO FILE RESPONSIVE PLEADING** |

Pursuant to Local Rule 144(a), the Stipulation for Extension of Time for State Defendants to File Responsive Pleading (ECF No. 46) is granted. Defendants Joseph A. Farrow, Robert Dimiceli, and Attorney General Kamala D. Harris shall file a response to Plaintiffs' Second Amended Complaint on or before April 6, 2016.

Dated:  3/22/2016                                            /s/ John A. Mendez
                                                                           The Honorable John A. Mendez