**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
Charles M. Gnekow, SBN 306669
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481 (telephone)
(916) 927-3706 (facsimile)

Attorneys for Defendants MICHAEL GOOLD, SCOTT R. JONES and STEPHEN CARROZZO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT PETERSON, D.D.S.; B.O.L.T., an unincorporated association of motorcycle riders and enthusiasts; JOHN DALKE, an individual; MARK TEMPLE, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>JOSEPH A. FARROW, et al<br><br>Defendants.<br>_____/ | Case No. 2:15-cv-00801- JAM-DB<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO SEAL DEFENDANTS' INDEX OF EXHIBITS, ECF NO. 91-4** |

Good Cause appearing, it is hereby ordered that Defendants' Request to Seal Defendants' Index of Exhibits, ECF No. 91-4 is GRANTED.

IT IS SO ORDERED.

DATED: 6/15/2018                    /s/ John A. Mendez_____
                                     Honorable Judge John A. Mendez
                                     UNITED STATES DISTRICT JUDGE